B6D (Official Form 6D) (12/07)

In re **LeMire Schmeglar**, Case No. **12-42283**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0919** <br><br> **GMAC** <br> **P.O. Box 130424** <br> **Saint Paul, MN 55113** |  | - | 3/1/05 <br><br> mortgage <br><br> **2913 North Seeley** <br> **Chicago, Illinois 60618** <br><br> Value $ 248,000.00 |  | X | X | 434,858.00 | 186,858.00 |
| Account No. **0001** <br><br> **MB Financial** <br> **3232 W Peterson Ave** <br> **Chicago, IL 60659** | X | - | 7/28/2005 <br><br> Home Equity <br><br> **2715 North Paulina** <br> **Chicago, Illinois 60614** <br><br> Value $ 650,000.00 | X |  |  | 124,097.00 | Unknown |
| Account No. <br><br> **MB Financial** <br> **3232 W Peterson Ave** <br> **Chicago, IL 60659** |  | - | mortgage <br><br> **7337 South Yale** <br> **Chicago, Illinois 60623** <br><br> Value $ 40,000.00 | X | X | X | 310,000.00 | 270,000.00 |
| Account No. **xxxxxx7528** <br><br> **PHM Financial, Inc.** <br> **7241 Fulton Street** <br> **Aurora, CO 80012** | X | - | 3/22/2005 <br><br> First Mortgage <br><br> **2715 North Paulina** <br> **Chicago, Illinois 60614** <br><br> Value $ 650,000.00 | X | X | X | Unknown | Unknown |
| **_1_** continuation sheets attached | | | Subtotal (Total of this page) | | | | 868,955.00 | 456,858.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **LeMire Schmeglar**, Case No. **12-42283**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**PNC Bank**<br>**One Financial Parkway**<br>**Mail Code Z1-YB43-01-1**<br>**Kalamazoo, MI 49009** | | - | **mortgage**<br>**1337 North Burling**<br>**Chicago, IL 60610**<br>Value $ **130,000.00** | | | | **129,530.00** | **0.00** |
| Account No.<br>**Unity Home Improvement**<br>**3328 West Beach**<br>**Chicago, IL 60618** | | - | **Third Mortgage**<br>**2715 North Paulina**<br>**Chicago, Illinois 60614**<br>Value $ **650,000.00** | | | | **168,000.00** | **0.00** |
| Account No.<br>**Unity Home Improvement**<br>**3328 West Beach**<br>**Chicago, IL 60651** | | - | **2913 North Seeley**<br>**Chicago, Illinois 60618**<br>Value $ **248,000.00** | | | | **168,000.00** | **168,000.00** |
| Account No.<br> | | | Value $ | | | | | |
| Account No.<br> | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **465,530.00** **168,000.00**

Total (Report on Summary of Schedules) **1,334,485.00** **624,858.00**

B6F (Official Form 6F) (12/07)

In re **LeMire Schmeglar**, Case No. **12-42283**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx7653**<br><br>**American Express**<br>**American Express Special Research**<br>**Po Box 981540**<br>**El Paso, TX 79998** | - | | **Opened 5/01/00 Last Active 12/01/08**<br>**CreditCard** | | | | **645.00** |
| Account No. **xxxxxxxxxxxx5243**<br><br>**American Express**<br>**American Express Special Research**<br>**Po Box 981540**<br>**El Paso, TX 79998** | - | | **Opened 12/01/00 Last Active 12/01/08**<br>**CreditCard** | | | | **486.00** |
| Account No. **xxxxxxxxxxxx6006**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-0314**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | - | | **Opened 1/01/05 Last Active 1/28/09**<br>**ChargeAccount** | | | | **57,353.00** |
| Account No. **xxxxxxxxxxxx4148**<br><br>**Bank Of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | - | | **Opened 4/01/01 Last Active 4/15/09**<br>**CreditCard** | | X | | **54,852.00** |

___6___ continuation sheets attached

Subtotal (Total of this page) **113,336.00**

In re **LeMire Schmeglar**, Case No. **12-42283**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx9265<br>**Bank Of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | | - | **Opened 7/24/08 Last Active 5/20/09**<br>**CheckCreditOrLineOfCredit** | | | | **26,213.00** |
| Account No. xxxx6042<br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | - | **Opened 3/01/05 Last Active 6/01/05**<br>**ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. xxxxxxxxxxxx5589<br>**Barclays Bank Delaware**<br>**Attention: Bankruptcy**<br>**Po Box 1337**<br>**Philadelphia, PA 19101** | | - | **Opened 5/01/08 Last Active 5/04/09**<br>**CreditCard** | | | | **6,551.00** |
| Account No. xxxx1370<br>**Calvary Portfolio Services**<br>**Attention: Bankruptcy Department**<br>**500 Summit Lake Dr. Suite 400**<br>**Valhalla, NY 10595** | | - | **Opened 2/01/10**<br>**CollectionAttorney Wells Fargo Bank** | X | X | X | **18,290.00** |
| Account No. xxxxxxxxxxxx1475<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | **Opened 11/01/00 Last Active 4/18/12**<br>**CreditCard** | | | | **993.00** |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **52,047.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **LeMire Schmeglar**, Case No. **12-42283**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8114<br><br>Citibank Usa<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20363<br>Kansas City, MO 64195 | - | | Opened 3/01/99 Last Active 9/23/09<br>ChargeAccount | | | X | 28,441.00 |
| Account No. xxxxxxxxxxxx6737<br><br>Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054 | - | | Opened 6/01/08 Last Active 5/03/09<br>CreditCard | | | | 19,330.00 |
| Account No. xxxxxxxx4059<br><br>G M A C<br>P O Box 380901<br>Bloomington, MN 55438 | - | | Opened 5/01/07 Last Active 8/10/09<br>Lease | | | | Unknown |
| Account No. xxx5951<br><br>Hilco Receivables<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089 | - | | Opened 10/01/10<br>FactoringCompanyAccount Jp Morgan Chase | | | X | 22,546.00 |
| Account No.<br><br>Jeremy Sonnenfeld<br>56th Street<br>Sioux Falls, SD 57106 | - | | | | X | X | 130,000.00 |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **200,317.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **LeMire Schmeglar**, Case No. **12-42283**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Likesha Pinkston**<br>**1639 N. Lotus Ave #2**<br>**Chicago, IL 60639** | - | | | | | | **5,000.00** |
| Account No. **xxxxx4502**<br>**Litton Loan Servicing** | - | | **Opened 10/01/06 Last Active 4/06/09**<br>**ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx4100**<br>**Lvnv Funding Llc**<br>**P.o. Box 10584**<br>**Greenville, SC 29603** | - | | **Opened 1/01/10**<br>**FactoringCompanyAccount Hsbc Bank Nev Menards** | | | | **1,420.00** |
| Account No.<br>**MB Financial**<br>**3232 W Peterson Ave**<br>**Chicago, IL 60659** | - | | **Deficiency on 1543 S. Ridgeway** | | | X | **230,000.00** |
| Account No.<br>**MB Financial**<br>**3232 W Peterson Ave**<br>**Chicago, IL 60659** | - | | **deficiency judgment on short sale Roosevelt Property** | | X | X | **200,000.00** |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **436,420.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **LeMire Schmeglar**, Case No. **12-42283**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**MB Financial**<br>**3232 W Peterson Ave**<br>**Chicago, IL 60659** | - | | **deficiency judgment on short sale**<br>**6450 S. Green** | | X | X | **360,000.00** |
| Account No.<br>**MB Financial**<br>**3232 W Peterson Ave**<br>**Chicago, IL 60659** | - | | **deficiency judgment on short sale**<br>**7454 S Parnell** | | X | X | **280,000.00** |
| Account No.<br>**MB Financial**<br>**3232 W Peterson Ave**<br>**Chicago, IL 60659** | - | | **deficiency on short sale**<br>**7337 S. Yale** | X | X | X | **310,000.00** |
| Account No.<br>**MB Financial**<br>**3232 W Peterson Ave**<br>**Chicago, IL 60659** | - | | **promissory note on 7337 South Yale property** | X | X | X | **310,000.00** |
| Account No.<br>**Michael Yashar**<br>**5225 North Rivers Edge**<br>**#415**<br>**Chicago, IL 60630** | - | | | | | | **10,000.00** |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,270,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LeMire Schmeglar**                              ,    Case No. __**12-42283**__
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3277** <br><br> **Pinnacle Credit Service** <br> **Po Box 640** <br> **Hopkins, MN 55343** | - | | **Opened 1/01/11** <br> **FactoringCompanyAccount Chase Bank** | | | X | 38,882.00 |
| Account No. **xx8087** <br><br> **Pinnacle Credit Service** <br> **Po Box 640** <br> **Hopkins, MN 55343** | - | | **Opened 3/01/11** <br> **FactoringCompanyAccount Citibank** | | | X | 31,300.00 |
| Account No. <br><br> **SBS Financial, Inc.** <br> **1818 West Belmont** <br> **Chicago, IL 60657** | - | | **Loan** <br> **(debt to insider corporation)** | | | | 204,804.84 |
| Account No. **xxxxxxxxxxxx4995** <br><br> **Wach/rec** <br> **Po Box 50014** <br> **Roanoke, VA 24040** | - | | **Opened 8/01/03 Last Active 5/10/09** <br> **CreditLine** | | X | X | 124,627.00 |
| Account No. **xxxxxxxxx7528** <br><br> **Wells Fargo** <br> **P.O. Box 94498** <br> **Las Vegas, NV 89193** | - | | **Opened 3/01/05 Last Active 12/09/10** <br><br> **Subject to setoff.** | X | X | X | **Unknown** |

Sheet no. __**5**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **399,613.84**

In re **LeMire Schmeglar**, Case No. **12-42283**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0001<br><br>**Wells Fargo Bank Nv Na**<br>**Deposits Bankruptcy MAC#**<br>**P6103-05K**<br>**Po Box 3908**<br>**Portland, OR 97208** | - | | **Opened 5/01/01 Last Active 2/27/12**<br>**CreditLineSecured** | | | X | **91,061.00** |
| Account No. xxxxxxxx7031<br><br>**Wmc Mortgage Corp/Select Portfolio Servi**<br>**Attn: Bankruptcy Department**<br>**Po Box 65250**<br>**Salt Lake City, UT 84165** | - | | **Opened 3/01/05 Last Active 6/16/05**<br>**ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **91,061.00**

Total (Report on Summary of Schedules) **2,562,794.84**