IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LeMire Schmeglar, | ) | Honorable Judge Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 12-42283 |
| | ) | |

**ORDER CONFIRMING DEBTOR'S MODIFIED PLAN OF REORGANIZATION**

THIS CAUSE coming to be heard on the confirmation hearing of the Debtor's Modified Plan of Reorganization ("Plan"), copies of which were transmitted to creditors and parties in interest, the ballots of all creditors and parties in interest entitled to vote thereon have been tallied and a Report of Balloting having been filed on July 5, 2013,; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue is proper in this District pursuant to 28 U.S.C. § 1408 and 1409; and it appearing that proper and adequate notice has been given under the circumstances and that no further notice is necessary; and after due deliberation and sufficient cause appearing therefor,

**THE COURT FINDS THAT**: the Second Amended Disclosure Statement contains adequate information. The Modified Plan of Reorganization satisfies the requirements of 11 U.S.C. § 1129, the Plan has been accepted by all impaired classes and is therefore consensual, the Plan was proposed in good faith, and the Plan is feasible in the sense that confirmation is not likely to be followed by a need for liquidation.

**IT IS THEREFORE ORDERED:**

1) The Debtor's Modified Plan of Reorganization Debtor's is hereby confirmed.

2)    A post-confirmation status on the confirmed Plan is set for

_____October 24_____, 2013 at *10:30* a.m.

3)    Debtor's First Report of Distributions shall be filed on or before October 15, 2013.

4) Any & all claims for pre-petition arrearages to PNC Bank shall be paid on or before 12/31/2013 to their Attorneys at Pierce & Assoc's, c/o Toni Dillon.

Dated:                                          BY THE COURT

Enter:

_____
The Honorable Jack B. Schmetterer
U.S. Bankruptcy Judge

7/8/13

JUL 0 8 2013

This document was prepared by
Michael V. Ohlman #6294512
MICHAEL V. OHLMAN, P.C.
308 West Erie, Suite 300
Chicago, Illinois 60654
(312)759-0200 phone
(312)276-8801 fax
mvohlman@ohlmanlaw.com