UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: JACK B. SCHMETTERER
Hearing Date: 11/7/13
Bankruptcy Case No.: 12-42283
Adversary No.:
Title of Case: Jemini Schmeglar
Brief Statement of Motion: Obj to claim #17

Nisha Parikh

Representing: US Bank

## ORDER

IT IS HEREBY ORDERED THAT: Proof of Claim ~~POC~~ #17 is hereby withdrawn

ENTER:
Jack B. Schmetterer, USBJ