**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WB1301006

IN RE:

Lemire Schmeglar;

] Case Number 12-42283
] CH 11
] Judge Jack B. Schmetterer
]
]
]
]

## NOTICE OF MOTION

TO:   Lemire Schmeglar, 2715 North Paulina, Chicago, IL 60614

Michael J Gunderson, Gunderson & Tharp LLC, 308 W Erie St, Suite 300, Chicago, IL 60654

U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604

PLEASE TAKE NOTICE that on January 27, 2014 at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer or any judge sitting in his stead, in the courtroom usually occupied by him in Room 682 at 219 S. Dearborn Street, Chicago, IL 60604, and move to present the attached motion.

/s/ Nisha Parikh
Attorney for Creditor

## PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that he served a copy of this notice by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on January 16, 2014.

/s/ Thomas Girard

FREEDMAN ANSELMO LINDBERG, LLC
1771 W. Diehl Road, Suite 150
Naperville, IL  60563-4947
630-453-6960   866-402-8661    630-428-4620 (fax)

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**                                                BK030

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WB1301006

| | | |
|---|---|---|
| IN RE: | ] | Case Number 12-42283 |
| | ] | CH 11 |
| Lemire Schmeglar; | ] | Judge Jack B. Schmetterer |
| | ] | |
| | ] | |
| | ] | |
| | ] | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5, secured creditor herein, by and through its attorneys, FREEDMAN ANSELMO LINDBERG LLC moves for an entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(G).

4. The debtor(s) filed a petition for relief under Chapter 11 on October 24, 2012. The plan confirmed on July 8, 2013.

5. America's Servicing Co. is currently the servicing agent for said mortgage.

6. U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5 holds a mortgage secured by a lien on debtor(s) real estate commonly known as 2715 N Paulina St, Chicago, IL 60614.

7. There is little or no equity in the property, as its value is $1,150,000.00 (per Appraisal conducted September 14, 2013), and the balance due on the loan is $1,032,971.76. After homestead exemptions and costs of sale, there would be no funds remaining to administer to the estate (please see attached equity analysis).

8. The loan is post-petition due for the 11/1/12 - 4/1/13 payment(s) in the amount of $4,542.63 each, the 5/1/13 - 10/1/13 payments in the amount of $4,360.34 each, and the 11/1/13- 1/1/14 payments in the amount of $4,269.19 each, for a total default of $66,225.39, not including attorney fees and costs for bringing this motion.

9. The failure of the debtor(s) to make post-petition payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. Section 362(d)(1).

10. The movant requests the Court order that Rule 4001 (a)(3) is not applicable.

NOTE: Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly endorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

**WHEREFORE,** Movant prays for the entry of the attached Order Granting Relief from the Automatic Stay.

U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5

 /s/ Nisha Parikh
One of its Attorneys

FREEDMAN ANSELMO LINDBERG, LLC
1771 W. Diehl Road, Suite 150
Naperville, IL  60563-4947
630-453-6960   866-402-8661     630-428-4620 (fax)

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**