# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Judge Jack B. Schmetterer | Hearing Date | January 16, 2014 |
| Bankruptcy Case No. | 12 B 42283 | Adversary No. | |
| Title of Case | In re: Lemire Schmeglar | | |
| Brief Statement of Motion | Motion of U.S. Bank National Association for Relief From Automatic Stay | | |
| Names and Addresses of moving counsel | See Attached Service List | | |
| Representing | | | |

## ORDER

**IT IS HEREBY ORDERED that:**

Motion of U.S. Bank National Association for Relief from Automatic Stay is *Denied* for lack of proper notice.

ENTER:

JACK B. SCHMETTERER, USBJ