Case No. 12 B 42283
In re: Lemire Schmeglar

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on January 16, 2014, I caused to be served copies of the foregoing ORDER to the following by U.S. Mail, and by electronic mail to those who have consented to such service.

*Deborah Smith*
Deborah Smith/Courtroom Deputy

## SERVICE LIST

### Electronic Service through CM/ECF System

Michael J Gunderson
Michael V Ohlman
Gunderson & Tharp, LLC
308 W Erie
Suite 705
Chicago, IL 60654
Counsel for Debtor

Andrew J Nelson
Pierce & Associates
1 North Dearborn St. Suite 1300
Chicago, IL 60660
Counsel for PNC Bank, N.A.

Toni Dillon
Pierce & Associates
One North Dearborn, Suite 1300
Chicago, IL 60602
Counsel for PNC Bank, National Association

Jose G Moreno
Codilis & Associates
15W030 N Frontage Road
Suite 100
Burr Ridge, IL 60527
Counsel for GMAC Mortgage as servicer for
   Wells Fargo Bank, N.A.

Kenneth W Kleppinger
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355
Counsel for American Express Bank, FSB

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604