IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEMIRE SCHMEGLAR | ) | Judge Jack Schmetterer |
| | ) | |
| Debtor. | ) | BK Case No. 12-42283 |
| | ) | |

**CREDITOR'S REPPLY IN SUPPORT OF MOTION
FOR RELIEF FROM AUTOMATIC STAY**

NOW COMES Creditor, US Bank, N.A., as Trustee for Credit Suisse First Boston ARMT 2005-5 aka U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5 (hereinafter "US Bank"), the secured creditor, by and through its attorneys, Freedman Anselmo Lindberg, LLC, and hereby files its Reply to Debtor, Lemire Schmeglar's Response to the Motion for Relief from the Automatic Stay, and in support thereof, states as follows:

1.    Debtor argues that Creditor cannot prove it has a secured interest.  In fact, a court of competent jurisdiction has already made an evidentiary finding that the Creditor is the mortgagee.  By order entered on September 26, 2012, Judge Jean Prendergast Rooney made the following evidentiary finding in the Judgment of Foreclosure: "Plaintiff is the mortgagee and/or the legal holder of the indebtedness which is secured by the mortgage being foreclosed and has standing to bring this foreclosure action."  The Judgment also found that Debtor was justly indebted, that the mortgage was recorded, and that the default occurred as indicated.  A copy of the Judgment of Foreclosure is attached to Debtor's Response, Docket No. 181, Ex. A, and is incorporated herein by reference.

2. Resolution of the adversary is not necessary for the Court to grant the Motion for Relief from the Automatic Stay. The adversary is a veiled attempt by Debtor to invalidate Creditor's interest in the subject property and relieve Debtor of his personal guaranty.

3. As Creditor it the mortgagee of a secured mortgage it is a party in interest. The Code defines "party in interest" to include a creditor. See, 11 U.S.C. § 1109(b), and *In re Lewis*, 495 B.R. 281, 288 (N.D. Ill. 2011).

4. Debtor continues to make circular arguments that Creditor must prove it is a creditor, however, that issue has been resolved in Creditor's favor by Judge Rooney.

5. Debtor also makes unsubstantiated claims that the amount of default is misstated. The Debtor's hearsay statements are not permissible evidence. The best evidence would be proof of payment, but the Debtor makes no offer to show payments were made but not accounted for. Creditor, on the other hand, provides the Required Statement which details which post-petition payments have not been made.

6. Creditor is clearly entitled to relief from the stay. Creditor has lack of adequate protection, the Debtor does not have equity in the property, and the property is not necessary to effective reorganization.

///

      7.      For the reasons set forth above, Debtor's objection to US Bank's Motion should be overruled and the relief from the stay should be allowed.

      Respectfully submitted,

      US Bank, N.A., as Trustee for Credit Suisse First Boston ARMT 2005-5

      By:      /s/ Jonathan D. Nusgart      .
      Attorney for Defendant

Jonathan D. Nusgart  #6211908
jnusgart@fal-illinois.com
Nisha B. Parikh #6298613
nparikh@fal-illinois.com
Freedman Anselmo Lindberg, LLC
1771 W. Diehl Road, Suite 150
Naperville, IL 60566
630/453-6960
WB1304034

Certificate of Service:

      I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid or via CM/ECF to the following parties on February 18, 2014:

Lemire Schmeglar, 2715 North Paulina, Chicago, IL 60614
Michael V Ohlman, Forrest L. Ingram P.C., 79 W Monroe, Suite 1210, Chicago, IL 60603
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St Room 873, Chicago, IL 60604
Codilis and Associates, 15W030 N Frontage Rd, Burr Ridge, IL 60527
Hoevel & Associates, 3725 N Western Ave, Chicago, IL 60618
Pierce and Associates, 1 N Dearborn St, Chicago, IL 60602
U.S. Trustee, 401 Main St., #1100, Peoria, IL 61602

      /s/ Jonathan D. Nusgart