UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | March 21, 2014 |
| Bankruptcy Case No. | 12 B 42283 | Adversary No. | |
| Title of Case | In re: Lemire Schmeglar | | |

**Brief Statement of Motion:** Motion for Relief from Automatic Stay by U.S. Bank National Association

**Names and Addresses of moving counsel:** See Attached Service Certificate

**Representing**

## ORDER

IT IS HEREBY ORDERED THAT hearing is concluded as mooted by entry of final decree and termination of automatic stay thereby.

Enter: /s/ Jack B. Schmetterer
Jack B. Schmetterer, U.S.B.J.