UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LeMire Schmeglar<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  12-42283<br><br>Chapter: 11<br>Honorable Jack B. Schmetterer |

**ORDER**

This matter coming to be heard on Debtor's (1) Motion to Reopen Debtor's Chapter 11 Bankruptcy Case (Dkt. # 205), and (2) Motion to Modify Debtor's Confirmed Plan (Dkt. # 206), the Court having jurisdiction over the parties and the subject matter, due notice having been given, the Court being fully advised in the premises, and for the reason stated from the bench on February 5, 2016,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Debtor's Motion to Reopen Debtor's Chapter 11 Bankruptcy Case (Dkt. # 205) is DENIED;

2. Debtor's Motion to Modify Debtor's Confirmed Plan (Dkt. # 206) is DENIED; and

3. Because Section 7.03 of Debtor's First Modified Plan of Reorganization ("Plan") (Dkt. # 90) prevents creditors, including U.S. Bank, N.A., as trustee for the Trust identified in the Court's Findings of Fact and Conclusions of Law and Final Judgment entered in Adv. No. 14-ap-121 (Dkt. ## 187, 189, respectively), ("U.S. Bank"), from seeking to enforce a pre-confirmation obligation, regardless of whether Debtor is in Material Default (as that term is defined in Section 7.04 of the Plan), U.S. Bank and its servicer Wells Fargo Bank, N.A. ("Wells Fargo") are barred from taking any action to enforce the Judgment of Foreclosure entered on September 26, 2012, in the state court foreclosure action captioned, US Bank National Association, as Trustee for Credit Suisse First Boston ARMT 2005-5 v. Lemire Schmeglar, et al., Case No. 11 CH 34711, ("Foreclosure Action") pending in the Circuit Court of Cook County, Illinois. If U.S. Bank or Wells Fargo intends to proceed in the Foreclosure Action, they shall cause the aforementioned Judgment of Foreclosure to be vacated, ~~file an amended foreclosure complaint~~, and attempt to obtain a new judgment, in light of the confirmed Plan.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

FEB 22 2016

Dated: 2/22/16

**Prepared by:**

Jeffrey D. Pilgrim
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
(312) 939-0923 direct
(312) 415-1478 mobile
JPilgrim@pilgrimchristakis.com

Rev: 201100318_bko